TOWNSHIP OF CHERRY HILL v. CONTI
CONSTRUCTION COMPANY.

September 29, 1987.

Petition for certification denied. (See 218 *N.J.Super.* 348)

CLAIRE PRAET v. BOROUGH OF SAYREVILLE.

September 29, 1987.

Petition for certification denied. (See 218 *N.J.Super.* 218)

STATE OF NEW JERSEY v. TONY ALSTON.

September 29, 1987.

Petition for certification denied.